CO-386
Rev. 10/03

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Earthworks, et al.
        Plaintiffs

v.

U.S. Department of the Interior, et al.
        Defendants

Civil Action No. 1:09-cv-01972

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for <u>Earthworks</u> certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of <u>Earthworks</u>, which have any outstanding securities in the hands of the public.

<u>Not Applicable – Plaintiff has no parent companies, subsidiaries, or affiliates.</u>

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

<u>/s/</u>
Signature

<u>D.C. Bar No. 475128</u>
Bar Identification Number

<u>Edward S. Scheideman</u>       <u>10/28/09</u>
Print Name

<u>DLA Piper LLP (US)</u>
Address

<u>500 8th Street, N.W.</u>
<u>Washington, D.C.</u>     <u>D.C.</u>     <u>20004</u>
City     State     Zip

<u>202-799-4000</u>
Telephone Number

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EARTHWORKS, et al.<br><br>    Plaintiffs,<br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, et al.<br><br>    Defendants. | Civil Case No. 1:09-cv-01972 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that Plaintiffs' Certificate Under Rule LCvR 7.1 for Earthworks will be served with the Complaint and Summons' on the following:

> U.S. DEPARTMENT OF THE INTERIOR
> Attention: Kenneth Salazar
> Secretary of the Interior
> 1849 C Street, N.W.
> Washington, D.C. 20240
>
> U.S. DEPARTMENT OF AGRICULTURE
> Attention: Thomas Vilsack
> Secretary of Agriculture;
> 1400 Independence Ave., S.W.
> Washington, D.C. 20250
>
> U.S. BUREAU OF LAND MANAGEMENT
> 1849 C Street N.W.
> Room 5665
> Washington, D.C. 20240
>
> U.S. FOREST SERVICE
> 1400 Independence Ave., S.W.
> Washington, D.C. 20250-0003

EAST\42590152.1
000125-008895

Attorney General
U.S. Department of Justice
Attention: Eric Holder
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

U.S. Attorney for the District of Columbia
Attention: Channing D. Phillips
555 4th Street, N.W.
Washington, D.C. 20530

　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　Edward S. Scheideman

Attorneys for Earthworks, High Country Citizens' Alliance, Great Basin Resource Watch, Save the Scenic Santa Ritas, and Western Shoshone Defense Project