UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EARTHWORKS, et al.<br><br>        Plaintiffs,<br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, et al.<br><br>        Defendants. | Civil Case No. 1:09-cv-01972 |

## MOTION FOR ADMISSION *PRO HAC VICE* OF ROGER FLYNN

Pursuant to Civil Rules 83.2 (c) and (d) of the Local Rules for the United States District Court for the District of Columbia, Plaintiffs Earthworks, High Country Citizens' Alliance, Great Basin Resource Watch, Save The Scenic Santa Ritas, and Western Shoshone Defense Project (collectively "Plaintiffs"), respectfully move for the admission of Roger Flynn to appear *pro hac vice* in this action as counsel for Plaintiffs. In support thereof, Plaintiffs state as follows:

1.    The undersigned attorney for Plaintiffs, Edward S. Scheideman, is duly admitted to the Bar of the District of Columbia and also is admitted to practice in this Court.

2.    As set forth in his accompanying declaration, Roger Flynn is a member in good standing of the following Bars: Supreme Court of the State of Colorado; U.S. District Court, Colorado; U.S. Court of Appeals, 10th Circuit; U.S. Court of Appeals, 9th Circuit; U.S. Court of Federal Claims; and U.S. Supreme Court.

3.    Mr. Flynn is not currently subject to discipline in any court, nor has he been previously disciplined, suspended or disbarred in any court.

4.    Mr. Flynn has not been admitted to practice *pro hac vice* in this Court within the last two years.

5. Mr. Flynn has reviewed and is familiar with the Court's Local Rules.

6. In accordance with the Court's Local Rules, Mr. Flynn will be associated with a member of the Bar of this Court in appearing in this action on behalf of Plaintiffs.

WHEREFORE, Plaintiffs Earthworks, High Country Citizens' Alliance, Great Basin Resource Watch, Save The Scenic Santa Ritas, and Western Shoshone Defense Project, respectfully move for the admission of Roger Flynn *pro hac vice* as co-counsel for Plaintiffs in the above-captioned matter to perform all functions as counsel in this matter.

October 30, 2009                                         Respectfully submitted,

/s/
Edward S. Scheideman (D.C. Bar No. 475128)
DLA PIPER LLP (US)
500 8th Street, N.W.
Washington, D.C. 20004
Tel (202) 799-4000
Fax: (202) 799-5000
edward.scheideman@dlapiper.com

Roger Flynn, *Pro Hac Vice Application Pending*
Jeffrey C. Parsons, *Pro Hac Vice Application Pending*
WESTERN MINING ACTION PROJECT
P.O. Box 349
440 Main St., #2
Lyons, Colorado 80540
Tel (303) 823-5738
Fax (303) 823-5732
wmap@igc.org

Attorneys for Earthworks, High Country Citizens' Alliance, Great Basin Resource Watch, Save the Scenic Santa Ritas, and Western Shoshone Defense Project

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EARTHWORKS, et al.<br><br>   Plaintiffs,<br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, et al.<br><br>   Defendants. | Civil Case No. 1:09-cv-01972 |

## DECLARATION OF ROGER FLYNN

Pursuant to 28 U.S.C. § 1746, ROGER FLYNN declares:

1. I am a member of the Bar of the State of Colorado. I make this declaration pursuant to this Court's Rule 83.2(d) in support of the application for my admission *pro hac vice*.

2. My full name is Roger Flynn.

3. My office address and telephone number are:

    Western Mining Action Project
    P.O. Box 349
    440 Main St., #2
    Lyons, Colorado 80540
    Tel (303) 823-5738
    Fax (303) 823-5732
    wmap@igc.org

4. In addition to the Bar of the State of Colorado, I am admitted to practice before The State of Colorado (Admitted 11/1991); U.S. District Court for Colorado (Admitted 11/1991); The U.S. Court of Appeals, 10th Circuit (Admitted 3/1995); The U.S. Court of Appeals, 9th Circuit (Admitted 12/1999); The U.S. Court of Federal Claims (Admitted 5/2001); and The U.S. Supreme Court (Admitted 6/2008).

5.  I certify that I am not now, nor have I ever been, subject to any disciplinary action by any state or federal bar.

6.  I certify that I have not applied, nor been admitted, *pro hac vice* in this Court within the last two years.

7.  I have reviewed and am familiar with the Local Rules of the United States District Court for the District of Columbia.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 30th day of October, 2009

_____/s/_____
      Roger Flynn

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| EARTHWORKS, et al. ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF THE INTERIOR, et al. ) <br> ) <br> Defendants. ) <br> ) | Civil Case No. 1:09-cv-01972 |

### CERTIFICATE OF SERVICE

I, Edward S. Scheideman, hereby certify that on this 30th day of October, 2009, I caused a copy of the foregoing Motion For Admission *Pro Hac Vice* of Roger Flynn to be filed via ECF which will cause electronic notice of its filing to be served on all parties who have appeared in this action, and will further serve a copy of this paper with the Complaint and this Court's Summons.

> U.S. DEPARTMENT OF THE INTERIOR
> Attention: Kenneth Salazar
> Secretary of the Interior
> 1849 C Street, N.W.
> Washington, D.C. 20240
>
> U.S. DEPARTMENT OF AGRICULTURE
> Attention: Thomas Vilsack
> Secretary of Agriculture;
> 1400 Independence Ave., S.W.
> Washington, D.C. 20250
>
> U.S. BUREAU OF LAND MANAGEMENT
> 1849 C Street N.W.
> Room 5665
> Washington, D.C. 20240

EAST\42599122.1
000125-008895

U.S. FOREST SERVICE
1400 Independence Ave., S.W.
Washington, D.C. 20250-0003

Attorney General
U.S. Department of Justice
Attention: Eric Holder
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

U.S. Attorney for the District of Columbia
Attention: Channing D. Phillips
555 4th Street, N.W.
Washington, D.C. 20530

　　　　　　　　　　/s/
　　　　　Edward S. Scheideman

2