Case No. 1:09-CV-01972-HHK
# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EARTHWORKS, et al., | ) |
| Plaintiffs, | ) |
| v. | ) |
| U.S. DEPARTMENT OF THE INTERIOR, et al., | ) |
| Defendants, | ) Case No. 1:09-CV-01972-HHK |
| and | ) |
| BARRICK NORTH AMERICA HOLDING CORPORATION | ) |
| and | ) |
| ABX FINANCECO INC., | ) |
| Applicants Intervenors/Defendants. | ) |

**DECLARATION OF GREGORY A. LANG
IN SUPPORT OF MOTION TO INTERVENE
BY BARRICK NORTH AMERICA HOLDING CORP. AND ABX FINANCECO INC.**

I, Gregory A. Lang, declare as follows:

1. I am a resident of Utah and am over eighteen years of age.

2. I make this declaration based on my personal knowledge and in support of the Motion to Intervene by Barrick North America Holding Corporation and ABX Financeco Inc. in the above-captioned action.

3.    I am the President of Barrick North America Holding Corporation ("Barrick N.A.") and ABX Financeco Inc. ("ABX"). I have served as President of ABX since 2005 and Barrick N.A. since 2006.

4.    Barrick N.A. and ABX are wholly owned subsidiaries of Barrick Gold Corporation ("BGC"), which owns and operates mines throughout the world. I also hold the position of President, North America for BGC. In that role, I am responsible for all aspects of the operation of BGC's mining subsidiaries in North America. Barrick N.A. and ABX (collectively "Barrick") are the U.S. parent companies of all BGC mines within the United States. Barrick N.A. is a Nevada corporation and ABX is a Delaware corporation. In general, title to each individual mine is held by an operating company. Barrick U.S. mines directly employ approximately 4,000 people in the States of Nevada and Montana and thousands of other people in those states as well as many other states, as contractors and suppliers. In general, Barrick's mines are located in rural areas where the mines constitute the major employment and tax base for the counties in which they are located and the towns they are near.

5.    Barrick's ongoing mining operations in the United States are conducted in accordance with permits issued by the Bureau of Land Management.

**Challenged Rules**

6.    Plaintiffs challenge two rules promulgated by the Department of the Interior/Bureau of Land Management (DOI/BLM): DOI/BLM's Interim Final Rule entitled, "Mining Claims Under the General Mining Laws." 73 Fed. Reg. 73789-73794 (Dec. 4, 2008) ("2008 Mining Claim Rule" or "2008 Rule"); and certain portions of DOI/BLM's Final Rule entitled, "Locating,

Recording, and Maintaining Mining Claims or Sites." 68 Fed. Reg. 61046-61081 (Oct. 24, 2003) ("2003 Millsite Rule").

7.      The 2008 Rule and the 2003 Millsite Rule apply exclusively to the regulation of hard rock mining operations on public lands in the United States. Plaintiffs seek to invalidate those regulations, and—by way of injunction— to force DOI/BLM to impose a new and unworkable reading of the mining laws and a different and more burdensome set of regulations in their place.

**Barrick's Interests**

8.      Barrick currently operates a number of mine sites on public lands in the United States, including seven in Nevada and one in Montana. Were Plaintiffs to prevail, the impact of the new regulations on Barrick would be new and unworkable limitations on the ability to rationally and economically design, construct, operate, and reclaim mines—which could in turn preclude the expansion of existing mines or construction of new mines—as well as increased operating costs, increased permitting costs, and substantial permitting delay.

9.      The harm associated with permitting delays is not ephemeral: Barrick has an ownership interest in three projects—the Round Mountain Mine, the Bald Mountain Mine, and the Dee Arturo Mine, which have proposed plans for expansion of existing mining operations awaiting BLM approval at different stages in the permitting process. As explained below, any additional delay in permitting these projects would have substantial financial and community consequences.

**Round Mountain Mine**

10.     The Complaint mentions only three mining operations by name; but as to one—the Round Mountain Mine, in Nye County, Nevada, *see* Compl. ¶¶ 37-38, 48, 114—Barrick holds a 50% ownership interest through a joint venture with Round Mountain Gold Corporation, which is the operator of the property.

11.     Mining operations began at Round Mountain in 1906. Modern gold mining operations began in the 1970s. Since 1981, the Round Mountain Mine has operated under authorization from the BLM. Currently, the mine produces gold and silver and operates on patented and unpatented mining claims. It employs approximately 730 people either directly or through contractors.

12.     In June 2006, Round Mountain Gold Corporation proposed an amendment to the plan of operations that would expand current mining activities ("Round Mountain Expansion Project"). That proposal was submitted to the BLM and is currently under review. In July 2009, the BLM released a Draft Environmental Impact Statement (EIS) on the Round Mountain Expansion Project for public review and comment. A Final EIS is expected to be published within the next three months and a final decision made in the first half of 2010. The proposed expansion would extend the active life of the mine by up to 13 years. Without the proposed expansion, active mining is projected to cease in 2011. Approval of the proposed expansion in 2010 is necessary to maintain operations and the existing work force.

13.     If an order were issued enjoining the BLM from processing or authorizing plans of operations before a final decision is made, processing of the Round Mountain Mine expansion

plan of operations would be halted and mining operations would cease when the limits of current authorizations are met in 2011.

**Bald Mountain Mine**

14. Barrick also owns the Bald Mountain Mine in White Pine County, Nevada. The Bald Mountain Mine produces gold and operates on unpatented mining claims and mill sites. Mining began at Bald Mountain in 1869. Modern gold mining operations began in the 1980s. Current operations are authorized by a plan of operations reviewed and approved by the BLM. The Bald Mountain Mine currently employs between 180 to 210 full time employees and 50 to 100 contract employees.

15. In 2006, Barrick proposed an amendment to the plan of operations for the Bald Mountain Mine that would allow an extension and expansion of current mining activities ("Bald Mountain Mine Expansion"). That proposed plan of operations was submitted to the BLM and is currently under review. In November 2008, the BLM released a Draft EIS on the Bald Mountain Mine Expansion for public review and comment. The Final EIS is scheduled for public release on November 13, 2009. A final decision by BLM is expected before the end of January, 2010. The proposed expansion would extend the life of the mine by approximately 10 years. Without the project expansion, active mining is expected to cease in 2010. Approval of the proposed expansion is necessary to maintain operations and the existing work force.

16. If an order were issued enjoining the BLM from processing or authorizing plans of operations before a final decision is made, processing of the Bald Mountain Mine expansion plan of operations would be halted and operations would cease when the limits of current authorizations are met in 2010.

### Dee Arturo Project

17.   Barrick is the operator and majority owner (in a joint venture with Marigold Mining Company) of the Dee Arturo Project on patented and unpatented mining claims in Elko County, Nevada. In September 2009, Barrick submitted a proposed plan of operations to the BLM for construction and operation of the Dee Arturo Mine. The proposed mine will be constructed in an area where an existing mine has been closed and reclaimed. BLM's review of the proposed plan of operation has just begun. BLM will prepare an environmental impact statement on the project, and it is anticipated that BLM will make a final decision on the proposal in about three years. If an order were issued enjoining the BLM from processing or authorizing plans of operations under the challenged rules, processing of the Dee Arturo plan of operations would cease.

18.   Barrick also owns, in whole or in part, a number of other mines which operate on unpatented mining claims and mill sites. Operations at those mines are authorized by the BLM under current regulations, including those challenged by the Plaintiffs. In the normal course of business, Barrick expects to seek authorization from BLM to expand or extend mining operations at several of those mines within the next few years.

19.   Were Plaintiffs to prevail, the impact of the new regulations on Barrick would be new and unprecedented limitations on the ability to rationally and economically design, construct, operate, and reclaim mines—which could in turn preclude the expansion of existing mines or construction of new mines—as well as increased operating costs, increased permitting costs, and substantial permitting delay. This would impair and impede both Barrick's current mining

operations and its interest in its applications to expand operations on the Round Mountain, Bald Mountain and Dee Arturo mines.

I swear under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Executed on November 9, 2009.

Toronto, Ontario
Canada.

GREGORY A. LANG