**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| EARTHWORKS, et al., ) | |
| Plaintiffs, ) | |
| v. ) | |
| U.S. DEPARTMENT OF THE INTERIOR, et al., ) | |
| Defendants, ) | Case No. 1:09-CV-01972-HHK |
| and ) | |
| BARRICK NORTH AMERICA HOLDING CORPORATION ) | |
| and ) | |
| ABX FINANCECO INC., ) | |
| Applicants Intervenors/Defendants. ) | |

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for ABX Financeco Inc. certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of ABX Financeco Inc. which have any outstanding securities in the hands of the public:

Barrick Gold Corporation.

These representations are made in order that judges of this court may determine the need for recusal.

Date: November 9, 2009          Attorney of Record


 /s/ Stephen A. Fennell
Stephen A. Fennell (Bar No. 290379)

Steptoe & Johnson LLP
1330 Connecticut Avenue NW
Washington DC 20036
202.429.3000 (T)
202.429.3902 (F)

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of November, 2009, I caused the foregoing CERTIFICATE RULE LCvR 7.1 as to ABX Financeco Inc. to be transmitted to the Clerk's Office of the United States District Court for the District of Columbia via email to the address of dcd_cmecf@dcd.uscourts.gov, and to the below-named parties in the manners indicated:

**VIA Clerk-entered CM/ECF:**

Edward S. Scheiderman
DLA PIPER LLP (US)
500 8th Street NW
Washington DC 20004
202.799.4000 (T)
202.799.5000 (F)
Edward.scheiderman@dlapiper.com

**VIA Federal Express:**

Roger Flynn
Jeffrey C. Parsons
WESTERN MINING ACTION PROJECT
P.O. Box 349
440 Main Street, #2
Lyons, CO 80540
303.823.5738 (T)
303.823.5732 (F)
wmap@igc.org

U.S. DEPARTMENT OF THE INTERIOR
Attention: Kenneth Salazar
Secretary of the Interior
1849 C Street, N.W.
Washington D.C. 20240

U.S. DEPARTMENT OF AGRICULTURE
Attention: Thomas Vilsack
Secretary of Agriculture
1400 Independence Ave., S.W.
Washington D.C. 20250

1

U.S. BUREAU OF LAND MANAGEMENT
1849 C Street N.W.
Room 5665
Washington D.C. 20240

U.S. FOREST SERVICE
1400 Independence Ave. S.W.
Washington D.C. 20250-0003

U.S. DEPARTMENT OF JUSTICE
Attn: Eric Holder
Attorney General of the United States
950 Pennsylvania Ave N.W.
Washington DC 20530

U.S. ATTORNEY FOR THE DISTRICT OF COLUMBIA
Attn: Channing D. Phillips
Acting United States Attorney
501 3rd Street NW
Washington DC 20530

   /s/ Stephen A. Fennell
Stephen A. Fennell

2