UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EARTHWORKS, et al., | ) |
| Plaintiffs, | ) |
| v. | ) |
| U.S. DEPARTMENT OF THE INTERIOR, et al., | ) |
| Defendants, | ) Case No. 1:09-CV-01972-HHK |
| and | ) |
| BARRICK NORTH AMERICA HOLDING CORPORATION | ) ORDER |
| and | ) |
| ABX FINANCECO INC., | ) |
| Applicants Intervenors/Defendants. | ) |

Having fully considered the Motion to Intervene and Memorandum of Points and Authorities in Support of that motion filed by Barrick North America Holding Corporation and ABX Financeco Inc. (collectively "Barrick"), and it appearing there is good cause therefore, on this _____ day of _____, 2009, it is hereby

ORDERED: That Barrick's Motion to Intervene is hereby GRANTED; and it is

FURTHER ORDERED: That Barrick is hereby granted Defendant Intervenor status; and it is

Exhibit (3)

- 2 -

FURTHER ORDERED: That Barrick's Proposed Answer attached to said Motion be deemed filed as of the date of this Order.

SO ORDERED.

_____
The Honorable Henry H. Kennedy, Jr.
U.S. District Court Judge
U.S. District Court for the District of Columbia