# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EARTHWORKS**, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| **U.S. DEPARTMENT OF THE INTERIOR**, *et al.*, | )<br>)<br>) |
| Defendants, | ) No. 1:09-cv-01972-HHK<br>) |
| and | )<br>) |
| **NATIONAL MINING ASSOCIATION**, | )<br>) |
| Proposed Intervenor-Defendant. | )<br>)<br>) |

## NOTICE OF APPEARANCE

Joseph Michael Klise hereby enters an appearance on behalf of Proposed Intervenor-Defendant National Mining Association.

Respectfully submitted,

/s/ *Joseph Michael Klise*
Joseph Michael Klise, D.C. Bar No. 412420
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel. (202) 624-2500
Fax (202 628-5116
jmklise@crowell.com

Dated: November 13, 2009