IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EARTHWORKS, *et al.*,<br><br>    Plaintiffs,<br><br>vs.<br><br>U.S. DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>    Defendants,<br><br>and<br><br>ROUND MOUNTAIN GOLD CORPORATION,<br>1 Smoky Valley Mine Rd.<br>Round Mountain, NV 89045<br><br>    Proposed Intervenor-Defendant. | Cause No.: 1:09-cv-01972-HHK |

## ROUND MOUNTAIN GOLD CORPORATION'S MOTION TO INTERVENE AS PARTY DEFENDANT

Pursuant to Rule 24, Fed.R.Civ.P., and Local Rule 7 of this Court, Round Mountain Gold Corporation ("Round Mountain") hereby moves to intervene in this action as a party defendant. Round Mountain seeks intervention as of right under Fed.R.Civ.P. 24(a)(2) or, alternatively, permissive intervention under Fed.R.Civ.P. 24(b)(1).

The grounds for the motion are set forth in a supporting brief which is being filed contemporaneously herewith. A proposed Order, proposed Answer, and Corporate Disclosure Certificate accompany this motion pursuant to Fed.R.Civ.P. 24(c), LCvR 7(c) and (j), and LCvR 7.1. Pursuant to LCvR 7(m), Plaintiffs' counsel was contacted and indicated that they reserve their position until they are able to review the motion itself. No counsel for the governmental Defendants have appeared in this matter. Attempts to locate the governmental counsel who will be assigned the matter have been unavailing. Round Mountain will notify the Court when it learns the government's position on the motion.

Dated this 17th day of November, 2009.

JOHN S. IRVING
D.C. Bar No. 460068
Holland & Knight, LLP
2099 Pennsylvania Ave, N.W., Ste 100
Washington, DC 20006
Telephone: (202) 457-7842
Facsimile: (202) 955-5564

Attorneys for Proposed Intervenor
Round Mountain Gold Corporation

/s/ (JJO)
_____
STEVEN R. MILCH, *Pro Hac Vice*
*Application Pending*
JEFFERY J. OVEN, *Pro Hac Vice*
*Application Pending*
Crowley Fleck PLLP
PO Box 2529
Billings, MT  59103-2529
Telephone:  (406) 252-3441
Facsimile:   (406) 252-5292

Attorneys for Proposed Intervenor
Round Mountain Gold Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on this the __17th__ day of November, 2009, a copy of the foregoing document was served on the following persons by the following means:

| | |
|---|---|
| ____ CM/ECF | ____ Overnight Delivery Service |
| ____ Hand Delivery | ____ Fax |
| __X__ Mail | ____ E-Mail |

1. Edward S. Scheiderman
   DLA PIPER LLP (US)
   500 8th Street NW
   Washington D.C. 20004

2. Roger Flynn
   Jeffrey C. Parsons
   WESTERN MINING ACTION PROJECT
   P.O. Box 349
   440 Main Street, #2
   Lyons, CO 80540

3. U.S. DEPARTMENT OF THE INTERIOR
   Attention: Kenneth Salazar
   Secretary of the Interior
   1849 C Street, N.W.
   Washington D.C. 20240

4. U.S. DEPARTMENT OF AGRICULTURE
   Attention: Thomas Vilsack
   Secretary of Agriculture
   1400 Independence Ave., S.W.
   Washington D.C. 20250

5. U.S. FOREST SERVICE
   1400 Independence Ave. S.W.
   Washington D.C. 20250-0003

6. U.S. BUREAU OF LAND MANAGEMENT
   1849 C Street N.W.
   Room 5665
   Washington D.C. 20240

7. U.S. DEPARTMENT OF JUSTICE
   Attn: Eric Holder
   Attorney General of the United States
   950 Pennsylvania Ave N.W.
   Washington D.C. 20530

8. U.S. ATTORNEY FOR THE DISTRICT OF COLUMBIA
   Attn: Channing D. Phillips
   Acting United States Attorney
   501 3rd Street NW
   Washington D.C. 20530

_____