UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EARTHWORKS, et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, et al.,<br><br>        Defendants. | Civil Action 09-01972  (HHK) |

**ORDER**

Before the Court are motions to intervene filed by Barrick North America Holding Corporation and ABX Financeco Inc. [#10], National Mining Association [#11], and Round Mountain Gold Corporation [#14].  Upon consideration of the motions, the opposition thereto, and the record of this case, the Court concludes that the motions shall be granted.  These parties are permitted to intervene as defendants as of right under Federal Rule of Civil Procedure 24(a).

Accordingly, it is this 22nd day of December 2009 hereby

**ORDERED** that the motions to intervene [##10, 11, 14] are **GRANTED**; and it is further

**ORDERED** that all intervenors shall submit joint motions and memoranda in the course of briefing this case.

                                              Henry H. Kennedy, Jr.
                                              United States District Judge