UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EARTHWORKS, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, et al.,<br><br>    Defendants. | Civil Action 09-01972  (HHK) |

**ORDER**

Before the Court is the motion for leave to appear as an amicus filed by the State of Nevada [#39]. Upon consideration of the motion, the opposition thereto, and the record of this case, the Court concludes that the motion shall be granted subject to the limitation to which the State of Nevada has agreed.

Accordingly, it is this 16th day of August 2010, hereby

**ORDERED** that the State of Nevada's motion to appear as an amicus [#39] is **GRANTED**; and it is further

**ORDERED** that the State of Nevada shall not submit to the Court materials that would serve to expand the factual record of this case beyond the administrative record.

                       Henry H. Kennedy, Jr.
                       United States District Judge