UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EARTHWORKS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, et al.,<br><br>    Defendants. | Civil Action 09-01972  (HHK) |

**ORDER**

It is this 8th day of October, 2010, hereby

**ORDERED** that the parties shall submit a joint case management report, which shall include proposed deadlines for the submission of dispositive motions, or other appropriate course of action, by no later than October 25, 2010.  If the parties are unable to reach agreement with respect to the case management report and the proposed deadlines, each party shall submit its own report and proposed deadlines.

                     Henry H. Kennedy, Jr.
                     United States District Judge