# EXHIBIT  6

to

Plaintiffs' Motion to Compel Production of Documents

Improperly Withheld From the Administrative Record

in

Earthworks, et al. v. U.S. Department of the Interior, et al.

No. 1:09-cv-01972-HHK

IGNACIA MORENO
Assistant Attorney General
GREGORY D. PAGE
E-mail: gregory.page@usdoj.gov
United States Department of Justice
Natural Resources Section
P.O. Box 663
Ben Franklin Station
Washington, D. C. 20044-0063
Telephone: 202-305-0446
Facsimile: 202-305-0506
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EARTHWORKS; HIGH COUNTRY CITIZENS' ALLIANCE; GREAT BASIN RESOURCE WATCH; SAVE THE SCENIC SANTA RITAS; and WESTERN SHOSHONE DEFENSE PROJECT,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR; KENNETH SALAZAR, Secretary of the Interior; UNITED STATES DEPARTMENT OF AGRICULTURE; THOMAS VILSACK, Secretary of Agriculture; UNITED STATES BUREAU OF LAND MANAGEMENT; and UNITED STATES FOREST SERVICE,<br><br>Defendants<br><br>and<br><br>NATIONAL MINING ASSOCIATION; ROUND MOUNTAIN GOLD CORP.; BARRICK NORTH AMERICA, et al; NORTHWEST MINING ASSOCIATION; ALASKA MINERS ASSOCIATION; and STATE OF ALASKA,<br><br>Defendant-Intervenors | Case No. 1:09-cv-01972-HHK<br><br>DECLARATION OF MITCHELL LEVERETTE |

I, Mitchell Leverette, the undersigned, state and declare as follows:

1. I am the Division Chief for the Washington Office, Solid Minerals Division, Bureau of Land Management (BLM), United States Department of the Interior, located in

Washington, DC. I have been employed by BLM for 24 years, and I have held my current position since 2008.

2. In my capacity as Division Chief, I am responsible for, among other things, coordinating BLM activities related to certain administrative and judicial actions and appeals involving solid minerals, including mining law program activities, in the public lands under the stewardship of the BLM. In this capacity, I have overseen the collection and organization of the Administrative Record for the two regulations at issue in this lawsuit: BLM's regulations on Locating, Recording, and Maintaining Mining Claims or Sites published on October 24, 2003, and BLM's regulations on Mining Claims Under the General Mining Laws published on December 4, 2008. The Administrative Record for these regulations comprises the papers and other materials that were before the relevant federal officials when they made the decision to promulgate these regulations.

3. Accordingly, I certify that each indexed document is a true and correct copy of documents comprising the official records of BLM, and that the indexed documents constitute the Administrative Record for the two rulemakings at issue in this lawsuit.

4. The complete Administrative Record and index have been placed into a .pdf electronic file.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 1th day of February 2011.

_Mitchell Leverette_
Mitchell Leverette