UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EARTHWORKS; ) <br> HIGH COUNTRY CITIZENS' ALLIANCE; ) <br> GREAT BASIN RESOURCE WATCH; ) <br> SAVE THE SCENIC SANTA RITAS; and ) <br> WESTERN SHOSHONE DEFENSE PROJECT. ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF THE INTERIOR; ) <br> KENNETH SALAZAR, Secretary of the Interior; ) <br> U.S. DEPARTMENT OF AGRICULTURE; ) <br> THOMAS VILSACK, Secretary of Agriculture; ) <br> U.S. BUREAU OF LAND MANAGEMENT; and ) <br> U.S. FOREST SERVICE. ) <br> ) <br> Defendants. ) <br> ) | No. 1:09-cv-01972-HHK-JMF |

**PLAINTIFFS' STATEMENT OF NON-OPPOSITION TO THE NORTHWEST MINING ASSOCIATION'S AND ALASKA MINERS ASSOCIATION'S MOTION TO SUPPLEMENT THE ADMINISTRATIVE RECORD**

Pursuant to this Court's Minute Order of April 28, 2011, Plaintiffs Earthworks, High Country Citizens' Alliance ("HCCA"), Great Basin Resource Watch ("GBRW"), Save the Scenic Santa Ritas ("SSSR"), and Western Shoshone Defense Project ("WSDP") submit this response to the Motion to Supplement the Administrative Record filed by the Northwest Mining Association and Alaska Miners Association (Docket # 64) and state that **Plaintiffs do not oppose the Motion**.

- 2 -

Respectfully submitted this 15th day of June, 2011.

*/s/ Edward S. Scheideman*

_____
Edward S. Scheideman, DC Bar # 475128
DLA PIPER US, LLP
500 8th Street, NW
Washington, DC 20004
(202) 799-4534
Fax: (202) 799-5534
edward.scheideman@dlapiper.com


*/s/ Roger Flynn*

_____
Roger Flynn, *Pro Hac Vice*
Jeffrey C. Parsons, *Pro Hac Vice*
WESTERN MINING ACTION PROJECT
P.O. Box 349
440 Main St., #2
Lyons, CO 80540
(303) 823-5738
Fax (303) 823-5732
wmap@igc.org

Attorneys for Earthworks, High Country Citizens' Alliance, Great Basin Resource Watch, Save the Scenic Santa Ritas, and Western Shoshone Defense Project

## Certificate of Service

I hereby certify that on this June 15, 2011, I caused the foregoing to be transmitted to the Clerk's Office of the U.S. District Court for the District of Columbia via email to the address of dcd_cmecf@dcd.uscourts.gov, which will serve counsel for all parties.

                     */s/ Edward S. Scheideman*
                     _____
                     Edward S. Scheideman