# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 20-5382**                    **September Term, 2024**

**1:09-cv-01972-RC**

**Filed On: December 13, 2024** [2089468]

Earthworks, et al.,

       Appellants

    v.

United States Department of the Interior, et
al.,

       Appellees

## M A N D A T E

    In accordance with the judgment of June 25, 2024, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                     **FOR THE COURT:**
                     Mark J. Langer, Clerk

            BY:   /s/
                     Daniel J. Reidy
                     Deputy Clerk

Link to the judgment filed June 25, 2024